# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

137780(20)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CARL BURNETT,
      Plaintiff-Appellant,

v

SC: 137780
COA: 288091
WCAC: 07-000153

GENERAL MOTORS CORPORATION, SELF-
INSURED, and SECOND INJURY FUND/
PERMANENT AND TOTAL DISABILITY
PROVISION,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 24, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

d0420